# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>84 GEORGE LLC,<br><br>Debtor. | Case No. 10-44253-ESS<br><br>Chapter 11 |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that U.S. Bank, N.A., as Trustee for the Registered Holders of Countrywide Commercial Mortgage Trust 2007-MF1, Commercial Mortgage Pass-Through Certificates, Series 2007-MF1 (the "Lender"), by and through its attorneys, McCarter & English, LLP, hereby enters its appearance in this proceeding pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure. It is respectfully requested that all notices given or required to be given in these proceedings be given to and served upon the undersigned, attorneys for the Lender, at the office, postal address, e-mail addresses, telephone number and facsimile number set forth below:

> Joseph Lubertazzi, Jr., Esq.
> McCARTER & ENGLISH, LLP
> Four Gateway Center
> 100 Mulberry Street
> Newark, New Jersey 07102-4096
> Telephone: (973) 622-4444
> Facsimile: (973) 624-7070
> jlubertazzi@mccarter.com
> -and-
> Peter Knob, Esq.
> McCARTER & ENGLISH, LLP
> Four Gateway Center
> 100 Mulberry Street
> Newark, New Jersey 07102-4096

ME1 9934894v.1

Telephone: (973) 622-4444
Facsimile: (973) 624-7070
pknob@mccarter.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission or otherwise.

Dated: May 11, 2010

McCARTER & ENGLISH, LLP
Attorneys for U.S. Bank, N.A., as Trustee for the Registered Holders of Countrywide Commercial Mortgage Trust 2007-MF1, Commercial Mortgage Pass-Through Certificates, Series 2007-MF1

By: /s Joseph Lubertazzi, Jr.
Joseph Lubertazzi, Jr.
A Member of the Firm

245 Park Avenue, 27th Floor
New York, NY 10167
Phone: (212) 609-6800
Fax: (212) 609-6921

-and-

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Phone: (973) 622-4444
Fax: (973) 624-7070

ME1 9934894v.1